UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF OHIO

SCOTT MURRAY
5962 Evelyton Road
New Albany, Ohio 43054,

        Plaintiff,

v.

OHIO PUBLIC EMPLOYEES
RETIREMENT SYSTEM
277 East Town Street
Columbus, Ohio 43215,

        Defendant,

CASE NO. 2:15CV2325

JUDGE MARLEY

MAGISTRATE JUDGE DEAVER

FILED
RICHARD W. NAGEL
CLERK OF COURT

2015 AUG -3 PM 2: 29

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Scott Murray, hereby give notice that the above-captioned action is voluntarily dismissed, **without prejudice** against the defendant, Ohio Public Employees Retirement System.

Dated August 3, 2015

*[signature]*

Mr. Scott E. Murray
5962 Evelyton Road
New Albany, Ohio  43054